Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, an individual, | Case No. 4:21-cv-03078-JMG-CRZ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| TR ADVOCATES LLC | |
| Defendant. | |

NOW COMES PLAINTIFF, by and through his attorney, Plaintiff BEN FABRIKANT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that he is voluntarily dismissing this action in his individual capacity, with prejudice, with each side bearing its own costs and attorney's fees. This dismissal is without prejudice to the potential claims of the putative class. Plaintiff filed his complaint on April 14, 2021. Filing No. 1.  Defendant TR ADVOCATES LLC has not served an answer or summary judgment motion.

Respectfully submitted,

Dated: May 26, 2021          By:  /s/ Mark L. Javitch                .

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

2